UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDJ LEASING CO. L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV568 HEA |
| ) | |
| CITY OF DES PERES, MISSOURI, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

This matter is before the Court on Defendant's Motion to Dismiss, [Doc. No. 15]. On May 14, 2007, Plaintiff filed an Amended Complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss, [Doc. No. 15], is denied as moot.

Dated this 15th day of May, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE